In the Matter of the Claim of JOSEPH TOWER, Appellant, against STATEN ISLAND SHIPBUILDING Co., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted October 4, 1949; decided October 13, 1949.

*Nathaniel L. Goldstein, Attorney-General (Wendell P. Brown* and *Roy Wiedersum* of counsel), *John M. Cullen* and *William E. Goldman* for motions.

No one opposed.

Motions granted and appeal dismissed, with costs and $10 costs of motion, on the ground that no substantial constitutional question is presented.